JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL M. COHEN,<br><br>              Plaintiff,<br><br>       v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security<br>Administration,<br><br>            Defendant. | Case No. CV 17-7984 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.


DATED: February 6, 2019


_____ /s/

Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE